IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

      Plaintiff

vs.                                        CASE NO. 4:08-cv-00300-MP/WCS

**REAL PROPERTY LOCATED AT
3083 WELLS DRIVE, PERRY, FLORIDA,
WITH ALL IMPROVEMENTS AND
APPURTENANCES THEREON**

      Defendant

_____/

## **DECREE OF FORFEITURE**

This matter is before the Court on Doc. 10, Motion for Forfeiture of Property, filed by the United States of America. On July 3, 2008, a Verified Complaint of Forfeiture In Rem against the defendant property was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881 (a)(7).

It appears that process was fully issued in this action according to law:

That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning July 17, 2008, pursuant to Rule G (4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

That on or about February 12, 2009, owner of defendant property, Robert Foskey, and the government entered a settlement agreement in which Robert Foskey agrees to forfeit his interest in $25,000.00 in lieu of the defendant property, and the government releases all claims on the defendant property.

That no person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

$25,000.00 shall be forfeited to the United States of America in lieu of the defendant property and no right, title or interest in the property shall exist in any other party. The $25,000.00 shall be disposed of according to law, and the United States of America shall release all claims on the defendant property

**DONE AND ORDERED this** _22nd_ **day of May, 2009**

        *s/Maurice M. Paul*
**Maurice M. Paul, Senior District Judge**